# RUHNKE & BARRETT
## ATTORNEYS AT LAW

47 PARK STREET  
MONTCLAIR, N.J. 07042  
973-744-1000

29 BROADWAY, SUITE 1412  
NEW YORK, N.Y. 10006  
973-746-1490 (FAX)

DAVID A. RUHNKE* (davidruhnke@ruhnkeandbarrett.com)   ◇   JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)  
*RETIRED FROM FIRM 2023

---

REPLY TO MONTCLAIR OFFICE

August 14, 2024

Via ecf  
Hon. John P. Cronan, U.S.D.J.  
United States District Court  
500 Pearl Street  
New York, NY 10007

      Re:    *United States v. Natalie Credell*, 24 Cr. 381 (JPC)

Dear Judge Cronan:

      I have been appointed to represent Natalie Credell whois scheduled to be sentenced on September 12, 2024 at 2 pm. Ms. Credell entered a plea of guilty on June 12, 2024 and the presentence interview was conducted on June 28, 2024, however, counsel have yet to receive a draft presentence report. In addition, I am in the process of obtaining social history records from educational and medical facilities. Consequently, it is respectfully requested that the sentence in this matter be adjourned for 60 days. I have communicated with A.U.S.A. Adam Margulies and he has no objection to this continuance.

      Respectfully submitted,  
      */s/ Jean D Barrett*  
      Jean D. Barrett  
      Attorney for Natalie Credell

cc via ecf: A.U.S.A. Adam Margulies

C:\CASE FILES\SENTENCES\CASES\Credell, Natalie\Judge Cronan 8-14-2024.wpd

The request is granted. Ms. Credell's sentencing hearing is adjourned to November 12, 2024 at 4:00 p.m. The Clerk of Court is respectfully directed to close Docket Number 30.

SO ORDERED.  
Date: August 14, 2024  
New York, New York

_____  
JOHN P. CRONAN  
United States District Judge