# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET  
MONTCLAIR, N.J. 07042  
973-744-1000

29 BROADWAY, SUITE 1412  
NEW YORK, N.Y. 10006  
973-746-1490 (FAX)

DAVID A. RUHNKE* (davidruhnke@ruhnkeandbarrett.com)  ◊  JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)  
*RETIRED FROM FIRM 2023

REPLY TO MONTCLAIR OFFICE

October 29, 2024

Via ecf  
Hon. John P. Cronan, U.S.D.J.  
United States District Court  
500 Pearl Street  
New York, NY 10007

Re:   *United States v. Natalie Credell*, 12 MAG 7705

Dear Judge Cronan:

I have been appointed to represent Natalie Credell in this case. I write, respectfully, to request permission to file a redacted version of the sentencing memorandum I have prepared on her behalf. The redacted portions of the memorandum contain private health care information protected by HIPAA or where it pertains to being a crime victim which justifies maintaining this information under seal.

Respectfully submitted,  
*/s/ Jean D Barrett*  
Jean D. Barrett  
Attorney for Natalie Credell

cc via ecf: A.U.S.A. Adam Margulies

C:\CASE FILES\SENTENCES\CASES\Credell, Natalie\Judge Cronan 10-29-2024.wpd

---

The Court has reviewed Defendant's proposed redactions under the principles set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), and its progeny.  The Court finds that Defendant's privacy interests in the redacted material, which concerns her personal health information and sensitive information related to her experience as a crime victim, overcome the presumption of public access to these materials.  Defendant's motion to redact her sentencing submission in part is granted.  The Clerk of Court is respectfully directed to close Docket Number 35.

SO ORDERED.  
Date: October 30, 2024  
New York, New York

JOHN P. CRONAN  
United States District Judge