

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 5, 2024

**BY ECF**
The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Natalie Credell*, 24 Cr. 381 (JPC)

Dear Judge Cronan:

    Pursuant to Rule 9.B of the Court's Individual Rules and Practices in Criminal Cases, the Government respectfully moves to file a redacted version of its sentencing memorandum publicly via ECF, and an unredacted version separately under seal via email. The proposed redactions pertain to private healthcare and treatment-related information that is the same or similar to information that was redacted in the defendant's sentencing submission. Consistent with the Court's ruling granting the defendant's motion to redact such information in its submission (Dkt. 36), and the principles set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), the Government respectfully seeks to redact similar information in its submission.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for
    the Southern District of New York

By: _____
    Adam Z. Margulies
    Assistant United States Attorney
    (212) 637-2345

cc:    Jean Barrett, Esq. (via ECF)

Having reviewed the Government's submission under the principles set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006) and its progeny, the Court finds that Defendant's privacy interests in the redacted material outweigh the right to public access. The request for redaction is granted. The Clerk of Court is respectfully directed to close Docket Number 38.

SO ORDERED.
Date: November 7, 2024
New York, New York

JOHN P. CRONAN
United States District Judge